IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. BROWN, #279743, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 3:13-cv-016-WHA |
| | ) |
| WILLIE THOMAS, et al., | )       (WO) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 9th day of November, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE